UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Adekunle Kuku,<br><br>              Plaintiff,<br><br>      v.<br><br>Capella University, Capella Education Company and Capella University, Inc.,<br><br>              Defendants. | Court File No.: 23-cv-3591 (PJS/DJF)<br><br>**CAPELLA'S MEET AND CONFER STATEMENT IN RESPONSE TO THE COURT'S JULY 1, 2024 TEXT ORDER** |

Defendants Capella University, Capella Education Company and Capella University, Inc. (collectively "Capella") submit this meet and confer statement in response to the Court's July 1, 2024 Text Order (ECF No. 57) requiring that the parties file a joint meet and confer statement no later than close of business July 2, 2024.

In response to the July 1, 2024 Text Order, Defendants attempted to meet and confer with Plaintiff Adekunle Kuku (hereinafter "Mr. Kuku")'s regarding his proposed Amended Complaint. At 5:22 P.M. on July 1, 2024, Capella sent Mr. Kuku an email regarding the meet and confer. (*See* Ex. 1 to July 2, 2024 Decl. of P. Hennigan in Supp. of Capella's Meet and Confer Statement). In this July 1, 2024 email, Capella informed Mr. Kuku that it does not oppose his proposed Amended Complaint, but that Capella intends file a Motion to Dismiss his Amended Complaint if the Court grants his Motion to Amend. (*Id.*)

At the time of this submission, Mr. Kuku had not responded to Capella's attempt to meet and confer. If Capella receives a response from Mr. Kuku, it will file a joint meet and confer statement pursuant to the Court's July 1, 2024 Text Order on behalf of the parties.

Dated: July 2, 2024

**MASLON LLP**

By: *s/ Peter C. Hennigan*
    Peter C. Hennigan (#031089X)
    Anna F. Barton (#0401158)
225 South Sixth Street, Suite 2900
Minneapolis, MN  55402-4140
(612) 672-8200
Email:   peter.hennigan@maslon.com
           anna.barton@maslon.com

**ATTORNEYS FOR DEFENDANTS**