# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Adekunle Kuku,<br><br>       Plaintiff,<br><br>  v.<br><br>Capella University, Capella Education Company and Capella University, Inc.,<br><br>       Defendants. | Court File No.: 23-cv-3591 (PJS/DJF)<br><br>**CERTIFICATE OF SERVICE VIA U.S. MAIL** |

STATE OF MINNESOTA )
                       ) ss.
COUNTY OF HENNEPIN )

Paula Rothstein, being first duly sworn, deposes and says that on February 18, 2025, she caused to be served the following document:

1. [ECF 104] Answer to Amended Complaint;

by having a true and correct copy sent via U.S. Mail addressed to:

Adekunle Kuku
691 South 18th Street
Newark, NJ 07103


Dated: February 18, 2025

                                                *s/ Paula Rothstein*
                                                Paula Rothstein